FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SARMIENTO CALIMLIM, ) | NO. CV 07-6018-JSL(CT) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING |
| ) | MAGISTRATE JUDGE'S |
| v. ) | REPORT AND RECOMMENDATION ON |
| ) | |
| JAMES A. YATES, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The court concurs with the recommendation of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The request for an evidentiary hearing is denied.
2. The report and recommendation is accepted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 2/26/08

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE