FILED
CLERK, U.S. DISTRICT COURT

FEB 2 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SARMIENTO CALIMLIM, | NO. CV 07-6018-JSL(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 2/26/08

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE